2014-1356

# United States Court of Appeals for the Federal Circuit

**ABB TURBO SYSTEMS AG and ABB INC.,**

Plaintiffs-Appellants,

v.

**TURBOUSA, INC.**

Defendant-Appellee,

Appeal from the United States District Court for the Southern District of Florida in case no. 13-CV-60394, Judge Kevin Michael Moore.

## PLAINTIFFS-APPELLANTS UNOPPOSED MOTION TO AMEND CASE CAPTION

Kurt L. Glitzenstein
Fish & Richardson, P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Fax: (617) 542-8906
glitzenstein@fr.com

William R. Trueba, Jr.
Espinosa | Trueba, PL
1428 Brickell Ave., Ste 100
Miami, FL 33131
Telephone: (305) 854-0900
Fax: (855) 854-0900
wtrueba@etlaw.com

*Attorneys for Plaintiffs-Appellants*

Pursuant to Federal Circuit Rule 12, and its Practice Note, Plaintiffs-Appellants ABB Turbo Systems AG and ABB Inc. (collectively, "Appellants"), hereby move to amend the present case caption to include Defendant-Appellees Willem Franken and Johan Herman Franken, on the following grounds:

On January 6, 2014, the District Court granted-in-part the motions by Defendants TurboUSA, Inc., Willem Franken, and Johan Herman Franken to dismiss. In particular, the District Court dismissed Counts VII and VIII of Appellants' Amended Complaint. (D.I. 1-2 at 41 (Order Granting in Part and Denying in Part Defs.'s Mot. to Dismiss, reattached hereto as Exhibit A).) Because these Counts were the only ones pending against Willem Franken and Johan Herman Franken, the court closed the case as to these two defendants. (*Id.*) However, because other Counts remained pending against Appellee TurboUSA, Inc., no judgment issued at that time. Those remaining Counts were subsequently dismissed, and judgment entered. A timely notice of appeal followed.

Appellants are appealing the order dismissing Counts VII and VIII as to Willem Franken and Johan Herman Franken, as well as named Appellee TurboUSA, Inc.. (*Id.* at 27 (Notice of Appeal).) Thus, Willem Franken and Johan Herman Franken are properly Defendants-Appellees as well, and should be included on the caption with named Appellee TurboUSA, Inc., which relief Appellants respectfully request.

Appellants represent that their counsel discussed this motion with counsel for TurboUSA, Inc., counsel for Willem Franken, and counsel for Johan Herman Franken via email on March 17-18, 2014, and that they do not oppose the motion.

Dated:  March 24, 2014	/s/Kurt Glitzenstein
Kurt L. Glitzenstein
Fish & Richardson, P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Fax: (617) 542-8906
glitzenstein@fr.com

William R. Trueba, Jr.
Espinosa | Trueba, PL
1428 Brickell Ave., Ste 100
Miami, FL 33131
Telephone: (305) 854-0900
Fax: (855) 854-0900
wtrueba@etlaw.com

*Attorneys for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

      I certify that on March 24, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF System, and a copy was also sent electronically via the court's CM/ECF system to counsel for Defendants-Appellee TurboUSA, Inc. as set forth below. I further certify that on March 24, 2014, a true and correct copy of the foregoing was mailed via the United States mail (first class) to counsel for Willem Franken and Johan Herman Franken as follows:

| | |
|---|---|
| Jeffrey Aaron Backman | Jan Douglas Atlas |
| E-mail : jeffrey.backman@gmlaw.com | Email: atlas@kolawyers.com |
| Rebecca Faith Bratter | Florida Bar No. 226246 |
| E-mail: rebecca.bratter@gmlaw.com | Samantha Tesser Haimo |
| Richard Wayne Epstein | Email: tesser@kolawyers.com |
| E-mail: Richard.epstein@gmlaw.com | Florida Bar No. 148016 |
| Greenspoon Marder, P.A. | Kopelowitz Ostrow, P.A. |
| 200 East Broward Blvd., Suite 1500 | 200 S.W. 1st Avenue, Suite 1200 |
| Fort Lauderdale, FL 33301 | Fort Lauderdale, Florida 33301 |
| Tel: 954.491.1120 | Telephone: (954) 525-4100 |
| Fax: 954.213.0140 | Facsimile: (954) 525-4300 |
| | |
| *Attorneys for Defendants-Appellee* | *Attorneys for* |
| *TurboUSA, Inc. and Willem Franken* | *Johan Herman Franken* |
| *Via CM/ECF and US Mail* | *Via US Mail* |

      *s/Kurt Glitzenstein*
      Kurt L. Glitzenstein