NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ABB TURBO SYSTEMS AG, A SWITZERLAND CORPORATION, AND ABB INC., A DELAWARE CORPORATION,**
*Plaintiffs-Appellants,*

v.

**TURBOUSA, INC., A FLORIDA CORPORATION, WILLEM FRANKEN, AND JOHAN HERMAN FRANKEN,**
*Defendants-Appellees.*

———————————

2014-1356

———————————

Appeal from the United States District Court for the Southern District of Florida in No. 0:13-cv-60394-KMM, Judge K. Michael Moore.

———————————

**ON MOTION**

———————————

**O R D E R**

The appellants move without opposition to modify the official caption.

2                      ABB TURBO SYSTEMS AG v. TURBOUSA, INC.


Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.  Counsel for the appellees should promptly file new entries of appearance and certificates of interest.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21